Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: kriley@swlaw.com

*Attorney for Defendants William Rogers and Harbor Freight Tools USA, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAN GOULD, an individual, and AUDREE GOULD, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM ROGERS, an individual, HARBOR FREIGHT TOOLS USA, INC., a California Corporation, DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02435-APG-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSE TO PLAINTIFFS' COMPLAINT AND MOTION FOR REMAND**<br><br>**[FIRST REQUEST]** |

Plaintiffs Dan and Audree Gould, and Defendants William Rogers ("Rogers") and Harbor Freight Tools USA, Inc. ("Harbor Freight," together with Rogers, "Defendants"), through their respective counsel, stipulate for the first time to continue Defendant Rogers' response to Plaintiffs' Complaint and Defendants' response to Plaintiffs' Motion for Remand, ECF No. 10, as follows:

WHEREAS, Plaintiffs served Defendant Rogers with the Summons and Complaint on October 6, 2017;

WHEREAS, Defendant Rogers' response to Plaintiffs' Complaint is due October 27, 2017;

WHEREAS, Defendants' response to Plaintiffs' Motion for Remand is due October 30, 2017;

WHEREAS, this request is timely;

4827-4902-2290.2

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

WHEREAS, the Parties agreed to provide Defendants' additional time to respond to Plaintiffs' Complaint and Motion for Remand;

WHEREAS, this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Defendant Rogers will respond to Plaintiffs' Complaint on or before November 10, 2017.

2. Defendants will respond to Plaintiffs' Motion for Remand on or before November 13, 2017.

**IT IS SO STIPULATED.**

| DATED: October 25, 2017. | DATED: October 25, 2017. |
|---|---|
| JENNINGS & FULTON, LTD. | SNELL & WILMER L.L.P. |
| By: /s/ Adam R. Fulton<br>JARED B. JENNINGS, ESQ.<br>ADAM R. FULTON, ESQ.<br>TOD R. DUBOW, ESQ.<br>2580 Sorrel Street<br>Las Vegas, NV 89146<br>Telephone: (702) 979-3565<br>Facsimile: (702) 362-2060<br><br>*Attorneys for Plaintiffs* | By:/s/ Karl O. Riley<br>Karl O. Riley, Esq.<br>Nevada Bar No. 12077<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br><br>*Attorney for Defendants William Rogers and Harbor Freight Tools USA, Inc.* |

## **ORDER**

IT IS ORDERED THAT Defendant Rogers shall respond to Plaintiffs' Complaint on or before November 10, 2017.

IT IS FURTHER ORDERED THAT Defendants shall respond to Plaintiffs' Motion for Remand on or before November 13, 2017.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
Dated: October 25, 2017.

- 2 -

4827-4902-2290.2