IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

DAN GOULD, an individual, and AUDREE GOULD, an individual

Plaintiff(s),

vs.

WILLIAM ROGERS, an individual, HARBOR FREIGHT TOOLS USA, INC., a California Corporation, DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive

Defendant(s).

Case No. A-17-759952-C

## SUBSTITUTION OF ATTORNEY

WILLIAM RODGERS (Defendant) hereby substitutes
(Name of Party)

JENNIFER D. McKEE, CLYDE CO US LLP (NV Bar No. 9624)
(New Attorney)

(Address): 3960 Howard Hughes Parkway, Suite 500, Las Vegas, Nevada 89169

(Telephone): (702) 990-3741 , as attorney of record in place and

stead of: KARL O. RILEY, SNELL & WILMER LLP
(Present Attorney)

DATED: November 15, 2017

*(Signature of Party)*

I consent to the above substitution.

DATED: 11/16/17

*(Signature of Present Attorney)*

. . .

. . .

. . .

1

I am duly admitted to practice in this District.
Above substitution accepted.

DATED: November 16, 2017

_____
(Signature of New Attorney)

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

IT IS SO ORDERED.

Date: November 17, 2017

_____
UNITED STATES MAGISTRATE JUDGE